cal sc

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN SANTOS,              ) | Civil No. 06cv1532 LAB(AJB) |
| Plaintiff,      ) | |
| v.                             ) | ORDER VACATING EARLY NEUTRAL |
| ) | EVALUATION CONFERENCE SETTING |
| ROBINSON FORD SALES, INC.; DANIEL   ) | SETTLEMENT DISPOSITION |
| O. ROBINSON; and DOES 1 through 10, ) | CONFERENCE |
| inclusive,                    ) | |
| ) | |
| Defendants.   ) | |

Pursuant to information provided by counsel that this case has settled in its entirety, the November 7, 2006 Early Neutral Evaluation Conference is hereby vacated. A Settlement Disposition Conference will be held *November 17, 2006*, at *9:00 a.m.* in the chambers of Magistrate Judge Battaglia. Counsel and all parties *shall appear in person* unless a signed joint motion for dismissal of this case is filed and **a copy of the signed joint motion is provided to the chambers of Magistrate Judge Battaglia no less than 24 hours prior to the scheduled conference**. **Monetary sanctions shall be imposed for failure to comply with this order**.

IT IS SO ORDERED.

DATED: October 18, 2006

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28