1 | **PINNOCK & WAKEFIELD, A.P.C.**
Theodore A. Pinnock, Esq.     Bar #: 153434
2 | Michelle L. Wakefield, Esq.   Bar #: 200424
David C. Wakefield, Esq.      Bar #: 185736
3 | 3033 Fifth Avenue, Suite 410
San Diego, CA  92103
4 | Phone: (619) 858-3671
Fax:   (619) 858-3646
5 |
6 | Attorneys for Plaintiffs

7 | <center>UNITED STATES DISTRICT COURT</center>

8 | <center>SOUTHERN DISTRICT OF CALIFORNIA</center>

9 |
**ESTEBAN SANTOS,** | Case No.: 06CV1532 LAB (AJB)
10 |
                    Plaintiffs | **JOINT MOTION FOR DISMISSAL AND**
11 | | **DISMISSAL WITH PREJUDICE OF**
 v. | **ALL DEFENDANTS AND PLAINTIFFS'**
12 | | **COMPLAINT IN ITS ENTIRETY AND**
13 | **ROBINSON FORD; And DOES 1 THROUGH** | **ORDER THEREON.**
**10,** Inclusive
14 |
15 |                    Defendants | [Fed.R.Civ.P. Rule 41(a)(2)]
16 |
17 |
18 |
19 |
20 |

21 |     **IT IS HEREBY JOINTLY MOVED** by Plaintiffs, via their attorney

22 | of record, on the one hand, and all defendants, via their

23 | attorney of record, on the other hand, pursuant to Federal Rules

24 | of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a

25 | dismissal with prejudice of ALL Defendants from Plaintiffs'

26 | Complaint, Case Number 06CV1532 LAB (AJB).

27 |     Additionally, Plaintiffs request Plaintiffs' complaint be

28 | dismissed with prejudice in its entirety.

1

2    IT IS SO JOINTLY MOVED.

3
Dated: ___11/14/06___                    **PINNOCK & WAKEFIELD, A.P.C.**
4

5
                                         By: _____
6                                          THEODORE A. PINNOCK, ESQ.
7                                          DAVID C. WAKEFIELD, ESQ.
                                           Attorneys for Plaintiffs
8
Dated: ___11/8/06___                     **BERGER, KAHN, SHAFTON, MOSS,**
9                                        **FIGLER, SIMON & GLADSTONE**

10

11                                       By: _____

12                                         Alan H. Boon, Esq.
                                           Attorney for DEFENDANTS
13

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23

24

25

26

27

28

                                         Case Number.  06CV1532 LAB (AJB)

## ORDER ON NOTICE OF DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS AND PLAINTIFFS' COMPLAINT IN ITS ENTIRETY

**IT IS HEREBY ORDERED** that ALL Defendants are dismissed with prejudice from Plaintiffs' Complaint, Case Number 06CV1532 LAB (AJB). Additionally, Plaintiffs Complaint is hereby dismissed with prejudice in its entirety.

**IT IS SO ORDERED.**

Dated: _11-14-06_

HON. LARRY A. BURNS
U.S. DISTRICT COURT JUDGE

Case Number. 06CV1532 LAB (AJB)